**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

---------------------------------------------------x
In re:                                            :
                                                  :   Chapter 11
AFFINITY HEALTH CARE                              :
MANAGEMENT, INC., *et al*,                        :   Case No.  08-22175 (ASD)
                                                  :
         Debtors.                                 :   (Jointly Administered)
---------------------------------------------------x

**APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF**
**PULLMAN & COMLEY, LLC AS CONNECTICUT COUNSEL FOR THE DEBTORS**

Affinity Healthcare Management, Inc. ("Affinity"), Healthcare Investors, Inc. d/b/a Alexandria Manor ("Alexandria"), Healthcare Alliance, Inc. d/b/a Blair Manor ("Blair"), Healthcare Assurance, LLC d/b/a Douglas Manor ("Douglas"), Healthcare Reliance, LLC d/b/a Ellis Manor ("Ellis") (collectively, the "Debtors"), as Debtors and Debtors-in-Possession, hereby seek an Order of this Court pursuant to sections 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure and D.Conn. LBR 2014-1, authorizing it to employ Pullman & Comley, LLC ("P&C") as its Connecticut counsel for the Debtor, and respectfully represents:

1.     On October 14, 2008, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the Southern

District of New York and since that time has continued to operate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  On October 22, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order in this case directing procedural consolidation and joint administration of the case, with the Chapter 11 Bankruptcy Case of Affinity.

3.  On October 30, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order transferring venue of these Chapter 11 proceedings of Affinity and its Affiliates to the District of Connecticut, Hartford Division.

4.  Affinity is a New York corporation that is engaged in the business of managing nursing homes. It manages its four affiliated companies (Alexandria, Blair, Douglas and Ellis) (collectively, the "Affiliates"), who operate nursing homes. Alexandria is a corporation that is engaged in the business of operating a skilled 120-bed nursing home. It is located at 55 Tunxis Avenue, Bloomfield, Connecticut 06002-2005. Douglas is a limited liability company that is engaged in the business of operating a skilled 90-bed nursing home. It is located at 103 North Avenue, Windham, Connecticut 06250-0044. Ellis is a limited liability company that is engaged in the business of operating a skilled 105-bed nursing home. It is located at 210 George

Street, Hartford, Connecticut 06114-2823. Collectively, the Debtors have approximately 500 employees.

5. P&C is a full service firm with expertise in litigation in Connecticut State and Federal Court, including Bankruptcy Court, healthcare regulatory matters, Connecticut corporate matters, healthcare insolvency, and receivership proceedings. P&C has dedicated professional who provide these services to Debtors' creditors and holders of equity interest.

6. In connection with Debtors' operations, there are numerous issues that require the attention of counsel with expertise in Connecticut litigation, bankruptcy, healthcare regulatory matters, Connecticut corporate matters, healthcare insolvency and receiverships. For that reason, the Debtors have asked P&C to represent them as Connecticut counsel.

7. Based on the foregoing, the Debtors believe that P&C is both uniquely and well qualified to represent them in this case, and the retention of P&C is in the best interests of the Estate Creditors and other parties-in-interest.

8. The Debtors hereby seek Court approval to retain P&C pursuant to section 327(a) of the Bankruptcy Code as its Connecticut counsel in the Chapter 11 proceeding.

9. The services of P&C are necessary to enable the Debtors to perform faithfully its duties as debtor and debtor-in-possession.

10. The Debtors propose to compensate P&C based upon its normal hourly rates, as adjusted annually. P&C's current effective standard hourly billing rates range from $185.00 to $485.00 per hour for attorneys and from $170.00 to $190.00 per hour for paralegals. The hourly rates for the principal attorneys in this case are $450.00 per hour for Elizabeth J. Austin, $430.00 per hour for Irve Goldman, and $285 per hour for Jessica Grossarth.

11. The services of P&C are necessary to enable the Debtor to perform faithfully its duties as debtor and debtor-in-possession. Subject to further order of this Court, it is anticipated that P&C, in addition to the services described above, will, to the extent necessary, provide support to Lead Counsel in the following areas:

(a) advising the Debtors with respect to its rights and obligations as debtor-in-possession and with respect to other areas of bankruptcy law;

(b) preparing on behalf of the Debtors necessary petitions, schedules, applications, motions and other papers in connection with the administration of the Debtors' estate;

(c) taking all necessary actions to protect and preserve the estate of the Debtors, including, if required by the facts and circumstances, the prosecution of actions and adversary or other proceedings on the Debtors' behalf, the defense of any actions and adversary or other proceedings commenced against the Debtors, negotiations concerning all litigation in which the Debtors are involved, and where

4

appropriate, the filing and prosecution of objections to claims filed against the Debtor's estate;

        (d)    representing the Debtors at all hearings and proceedings herein;

        (e)    developing, negotiating and confirming a Chapter 11 plan for the Debtors and preparing a disclosure statement in respect thereof; and

        (f)    performing other legal services required by the Debtors in connection with this Chapter 11 case.

12. It is necessary that the Debtors employ an attorney to render the foregoing professional services. P&C has stated its desire and willingness to act in this case and render the necessary professional services as Connecticut counsel for the Debtors.

13. The Debtors have filed a Motion requesting that the Court enter an Order permitting monthly compensation to the Estate's Professionals of 80% of its monthly fees and 100% of its expenses. In the event such Order is not entered, then P&C would request this Court approve the payment of a Post-Petition Retainer to P&C in the amount of $100,000.

14. To the best of the Debtors' knowledge, P&C represents no interest adverse to the Debtors' Estate regarding the matters upon which it is to be engaged, and is a disinterested person as defined in section 101(14) of the Bankruptcy Code.

15.  Upon information and belief, to the best of Debtors' knowledge, P&C does not have any other connection with the Debtors, their creditors, members or other parties-in-interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth herein.

16.  P&C requests that the Application be approved *nunc pro tunc* to October 30, 2008, the date on which it has been retained by the Debtors.

**WHEREFORE,** the Debtors request that the Court enter an order authorizing it to employ P&C as Connecticut counsel to represent the Debtors in this Chapter 11 case and granting such other or further relief as the Court deems just and proper.

Dated at Bridgeport, Connecticut this 4th day of November, 2008.

Pullman & Comley, LLC
Proposed Attorneys for the Debtors
AFFINITY HEALTH CARE MANAGEMENT, INC., ET AL

By: /s/ Elizabeth J. Austin
　　Elizabeth J, Austin (ct04383)
　　Jessica Grossarth (ct23975)
　　Pullman & Comley, LLC
　　850 Main Street, P.O. Box 7006
　　Bridgeport, CT  06601-7006
　　(203) 330-2000  Fax:  (203) 576-8888
　　eaustin@pullcom.com
　　jgrossarth@pullcom.com

　　　　　　-and-

HOFHEIMER, GERTLIN & GROSE, LLP
Proposed Attorneys for the Debtors, Affinity Health Care Management, Inc., et al. Gary B. Sachs, Esq.
530 Fifth Avenue
New York, NY 10036
(212) 818-9000 Fax: (212) 869-4930
gsachs@hgg.com

Bridgeport/72743.1/EA/723920v1